NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAM SUTTON**

*Plaintiff-Appellant*

**v.**

**SHASTA INDUSTRIES INCORPORATED,**

*Defendant-Appellee*

---

2021-2314

---

Appeal from the United States District Court for the District of Arizona in No. 2:20-cv-02320-SMB, Judge Susan M. Brnovich.

---

**JUDGMENT**

---

SAMUEL J. SUTTON, JR., Phoenix, AZ, pro se.

TIMOTHY BERG, Fennemore Craig, P.C., Phoenix, AZ, for defendant-appellee. Also represented by BRETT C. GILMORE, LYNDSEY MAASCH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, MAYER, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>March 11, 2022</u>          <u>/s/ Peter R. Marksteiner</u>
Date                              Peter R. Marksteiner
                                  Clerk of Court